FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2022

No. 04-22-00551-CV

**THE CITY OF CASTLE HILLS**,
Appellant

v.

Jenifer Ashley Andrea **ROBINSON**, et al,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22569
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellees have filed a motion for a thirty-day extension of time to file a brief. We **grant in part** the motion and **order** appellees' brief filed by **November 28, 2022.** Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court